MERCHANTS TRANSFER AND STORAGE COMPANY, Appellant, v. JERRY LIPMANN and Another, Respondents.— Judgment and order reversed, with costs, and verdict reinstated. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ. [135 Misc. 724.]

REGINALD S. H. VENABLE and Another, Respondents, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.; O'Malley, J., dissents and votes for reversal and a new trial.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER DARCH and PETER LAKOWIT, Appellants.— Judgment affirmed. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of Changing the Map of Plan of THE CITY OF NEW YORK so as to Establish the Lines and Grades of Hammersley Avenue and Fenton Avenue across the Right-of-Way of the New York, Westchester and Boston Railway Company, Borough of The Bronx, etc.— Determination affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATIONAL SEVENTIETH STREET CORPORATION, Appellant, v. HENRY M. GOLDFOGLE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADANFA CONSTRUCTION CO., INC., Appellant, v. HENRY M. GOLDFOGLE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

WILLIAM GLICEVICH, an Infant, by His Guardian ad Litem, MARY GLICEVICH, Respondent, v. AUGUST VAZAC, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

NORTH RIVER MORTGAGE CORPORATION, Respondent, v. 254 SIXTH AVENUE REALTY CORPORATION and Others, Defendants, Impleaded with REALTY-SECURED FUNDING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ. [136 Misc. 342.]

NORTH RIVER MORTGAGE CORPORATION, Respondent, v. 254 SIXTH AVENUE REALTY CORPORATION and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ. [136 Misc. 342.]